## Quitclaim Assignment

WHEREAS, Fieldstone Mortgage Company, is identified as the "Lender" on a certain mortgage executed by Emily J. Fisher and Jason D. Fisher, and bearing the date of November 9, 2006, securing the property located at 25 Rotherdale Road, Brewer, in the County of Penobscot and State of Maine and recorded in the Penobscot County Registry of Deeds in Book 10718, Page 216 (hereinafter the "Mortgage");

WHEREAS Lender wishes to convey and assign any and all rights it may have under the Mortgage to U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 ("Assignee"); and

WHEREAS this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests (whatever they may be, if any) in the Mortgage to Assignee.

Fieldstone Mortgage Company

_____
Teresa McDermott, CFO, Planet Financial Group, successor to Fieldstone Mortgage Company

STATE OF Maryland

COUNTY OF Howard )

Subscribed before me, on 9/23/24, 2024, by Teresa McDermott, CFO of Planet Financial Group, successor to Fieldstone Mortgage Company. She is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

_____
Notary Public Hedwig Madeline Doherty
My Commission expires: July 14, 2026

> HEDWIG MADELINE DOHERTY
> Notary Public - State of Maryland
> Howard County
> My Commission Expires Jul 14, 2026

**EXHIBIT F**