**4**

P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 969 0024 8869 6678 9

**Mailed On:** 11/13/2024      **Order Number:** 0000089-01
**ClientID:** DGandL000909 FC    **Reference Number:** 57742

Emily J. Fisher
25 Rotherdale Road
Brewer, ME 04412





# Doonan, Graves & Longoria LLC

## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

November 12, 2024

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Emily J. Fisher
25 Rotherdale Road
Brewer, ME 04412

Jason D. Fisher
25 Rotherdale Road
Brewer, ME 04412

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
## THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:      25 Rotherdale Road, Brewer, ME 04412
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 and the Owner/Investor, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Fieldstone Mortgage Company its successors and assigns (if MERs) dated November 9, 2006, and recorded in the Penobscot County Registry of Deeds in Book 10718, Page 216. This firm is relying on information provided by the Servicer.



**If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but rather a notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Payment Due Date | Principal & Interest | Taxes | Insurance | O/S (Over/Short Escrow Adjustment) | Total Amount |
|---|---|---|---|---|---|
| December 1, 2023 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| January 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| February 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| March 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| April 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| May 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| June 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| July 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| August 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| September 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| October 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| November 1, 2024 | $926.43 | $331.82 | $106.58 | $0.00 | $1,364.83 |
|  |  |  |  |  |  |
| Late Charges |  |  |  |  | $30.00 |
| Unapplied Balance |  |  |  |  | -$702.17 |
| Property Inspections |  |  |  |  | $150.00 |
| Property Valuation |  |  |  |  | $140.00 |
|  |  |  |  |  |  |
| Total Amount Due |  |  |  |  | $16,430.29 |

A portion of the amount due is reasonable interest in the amount of $8,286.05.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of **$16,430.29** in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:

**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032



# NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1

by its attorney

Reneau J. Longoria, Esq.

MNK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57742

## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |



| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777 **Web: www.avestahousing.org** | 307 Cumberland Avenue Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227 **Web:** | 111 Wescott Road South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227 **Web: www.moneymanagement.org** | 111 Wescott Road South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227 **Web: www.kvcap.org** | 97 Water Street Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

P.O. Box 23159
San Diego, CA 92193-3159



IMPORTANT INFORMATION
ENCLOSED

(11) 969 0024 8869 6679 6

**Mailed On:** 11/13/2024    **Order Number:** 0000089-01
**ClientID:** DGandL000909 FC  **Reference Number:**  57742

Jason D. Fisher
25 Rotherdale Road
Brewer, ME 04412

# Doonan, Graves & Longoria LLC
## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

November 12, 2024

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Emily J. Fisher
25 Rotherdale Road
Brewer, ME 04412

Jason D. Fisher
25 Rotherdale Road
Brewer, ME 04412

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re:   Property Address:      25 Rotherdale Road, Brewer, ME 04412
      Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 and the Owner/Investor, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Fieldstone Mortgage Company its successors and assigns (if MERs) dated November 9, 2006, and recorded in the Penobscot County Registry of Deeds in Book 10718, Page 216. This firm is relying on information provided by the Servicer.



**If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but rather a notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Payment Due Date | Principal & Interest | Taxes | Insurance | O/S (Over/Short Escrow Adjustment) | Total Amount |
|---|---|---|---|---|---|
| December 1, 2023 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| January 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| February 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| March 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| April 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| May 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| June 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| July 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| August 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| September 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| October 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| November 1, 2024 | $926.43 | $331.82 | $106.58 | $0.00 | $1,364.83 |
| | | | | | |
| Late Charges | | | | | $30.00 |
| Unapplied Balance | | | | | -$702.17 |
| Property Inspections | | | | | $150.00 |
| Property Valuation | | | | | $140.00 |
| | | | | | |
| Total Amount Due | | | | | $16,430.29 |

A portion of the amount due is reasonable interest in the amount of $8,286.05.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of **$16,430.29** in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:

**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032



## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1

by its attorney

Reneau J. Longoria, Esq.

MNK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57742

## HUD Housing Counseling Agencies located in MAINE

| HUD<br>Agency Name | Phone<br>Toll-Free<br>Fax Number<br>Email<br>Website<br>Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: **N/A**<br>W: **www.penquis.org**<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: **jason.thomas@ceimaine.org**<br>W: **www.ceimaine.org**<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: **ndigeronimo@avestahousing.org**<br>W: **www.avestahousing.org**<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: **meaghan.arzberger@yccac.org**<br>W: **www.yccac.org**<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: **homequest@community-concepts.org**<br>W: **https://www.ccimaine.org/**<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: **housing@kvcap.org**<br>W: **www.kvcap.org**<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone<br>Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | **Phone:** 800-873-2227<br>**Web:** | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | **Phone:** 207-973-3500<br>**Web: www.penquis.org** | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | **Phone:** 207-743-7716<br>**Web: www.community-concepts.org** | 240 Bates Street<br>Lewiston, Maine 04240 | - English |



| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

P.O. Box 23159
San Diego, CA 92193-3159

RETURN RECEIPT
REQUESTED



71 96900 2484 0894 3511 7

**Mailed On:** 11/13/2024    **Order Number:** 0000089-01
**ClientID:** DGandL000909 CR    **Reference Number:**   57742

Emily J. Fisher
25 Rotherdale Road
Brewer, ME 04412

**Doonan, Graves & Longoria LLC**
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

November 12, 2024

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Emily J. Fisher
25 Rotherdale Road
Brewer, ME 04412

Jason D. Fisher
25 Rotherdale Road
Brewer, ME 04412

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
## THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Re:  Property Address:    25 Rotherdale Road, Brewer, ME 04412
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 and the Owner/Investor, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Fieldstone Mortgage Company its successors and assigns (if MERs) dated November 9, 2006, and recorded in the Penobscot County Registry of Deeds in Book 10718, Page 216. This firm is relying on information provided by the Servicer.



**If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but rather a notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Payment Due Date | Principal & Interest | Taxes | Insurance | O/S (Over/Short Escrow Adjustment) | Total Amount |
|---|---|---|---|---|---|
| December 1, 2023 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| January 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| February 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| March 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| April 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| May 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| June 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| July 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| August 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| September 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| October 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| November 1, 2024 | $926.43 | $331.82 | $106.58 | $0.00 | $1,364.83 |
| | | | | | |
| Late Charges | | | | | $30.00 |
| Unapplied Balance | | | | | -$702.17 |
| Property Inspections | | | | | $150.00 |
| Property Valuation | | | | | $140.00 |
| | | | | | |
| Total Amount Due | | | | | $16,430.29 |

A portion of the amount due is reasonable interest in the amount of $8,286.05.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of **$16,430.29** in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:

**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032



## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1

by its attorney

Reneau J. Longoria, Esq.

MNK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57742

## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |



| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

RETURN RECEIPT
REQUESTED

71 96900 2484 0894 3513 1

**Mailed On:** 11/13/2024     **Order Number:** 0000089-01
**ClientID:** DGandL000909 CR    **Reference Number:** 57742

Jason D. Fisher
25 Rotherdale Road
Brewer, ME 04412

**Doonan, Graves & Longoria LLC**
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

November 12, 2024

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Emily J. Fisher
25 Rotherdale Road
Brewer, ME 04412

Jason D. Fisher
25 Rotherdale Road
Brewer, ME 04412

## NOTICE OF MORTGAGOR'S RIGHT TO CURE
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re: Property Address:   25 Rotherdale Road, Brewer, ME 04412
    Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 and the Owner/Investor, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Fieldstone Mortgage Company its successors and assigns (if MERs) dated November 9, 2006, and recorded in the Penobscot County Registry of Deeds in Book 10718, Page 216. This firm is relying on information provided by the Servicer.



**If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but rather a notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Payment Due Date | Principal & Interest | Taxes | Insurance | O/S (Over/Short Escrow Adjustment) | Total Amount |
|---|---|---|---|---|---|
| December 1, 2023 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| January 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| February 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| March 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| April 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| May 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| June 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| July 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| August 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| September 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| October 1, 2024 | $926.43 | $331.82 | $106.58 | $39.50 | $1,404.33 |
| November 1, 2024 | $926.43 | $331.82 | $106.58 | $0.00 | $1,364.83 |
| | | | | | |
| Late Charges | | | | | $30.00 |
| Unapplied Balance | | | | | -$702.17 |
| Property Inspections | | | | | $150.00 |
| Property Valuation | | | | | $140.00 |
| | | | | | |
| Total Amount Due | | | | | $16,430.29 |

A portion of the amount due is reasonable interest in the amount of $8,286.05.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of **$16,430.29** in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:

**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032



# NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1

by its attorney

Reneau J. Longoria, Esq.

MNK
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57742

# HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: **N/A**<br>W: **www.penquis.org**<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: **jason.thomas@ceimaine.org**<br>W: **www.ceimaine.org**<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: **ndigeronimo@avestahousing.org**<br>W: **www.avestahousing.org**<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: **meaghan.arzberger@yccac.org**<br>W: **www.yccac.org**<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: **homequest@community-concepts.org**<br>W: **https://www.ccimaine.org/**<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: **housing@kvcap.org**<br>W: **www.kvcap.org**<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | **Phone: 800-873-2227**<br>**Web:** | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | **Phone: 800-308-2227**<br>**Web: www.moneymanagement.org** | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | **Phone: 207-973-3500**<br>**Web: www.penquis.org** | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | **Phone: 207-743-7716**<br>**Web: www.community-concepts.org** | 240 Bates Street<br>Lewiston, Maine 04240 | - English |



| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777 <br> **Web: www.avestahousing.org** | 307 Cumberland Avenue <br> Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227 <br> **Web:** | 111 Wescott Road <br> South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227 <br> **Web: www.moneymanagement.org** | 111 Wescott Road <br> South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227 <br> **Web: www.kvcap.org** | 97 Water Street <br> Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc

## INVOICE

**Report for:** DGandL000909
**Run Date:** 11/13/2024
**Ref. No.:** 57742
**Mail Date:** 11/13/2024

| Mail Type | Order Number | Recipients | Mail Class | Total |
|---|---|---|---|---|
| Letter | 0000089-01 | 2 | First Class - FC | $1.38 |
| Letter | 0000089-01 | 2 | Certified RR - CR | $19.28 |
| | | | Grand Total: | $20.66 |

| Recipient Name | Recipient Address | Mail Class | Total |
|---|---|---|---|
| Emily J. Fisher | 25 Rotherdale Road Brewer, ME 04412 | FC | $0.69 |
| | | CR | $9.64 |
| Jason D. Fisher | 25 Rotherdale Road Brewer, ME 04412 | FC | $0.69 |
| | | CR | $9.64 |

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, November 15, 2024 10:18 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan Graves and Longoria LLC Owner of the mortgage:U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84119

(888) 818-6032

-----

Consumer Information

-----

Consumer First name:Jason

Consumer Middle Initial/Middle Name: D.

Consumer Last name:Fisher

Consumer Suffix:

Property Address line 1:25 Rotherdale Road Property Address line 2:

Property Address line 3:

Property Address City/Town:Brewer

Property Address State:

Property Address zip code:04412

Property Address County:Penobscot

-----

Notification Details

-----

Date notice was mailed:11/13/2024

Amount needed to cure default:16,430.29

Consumer Address line 1:25 Rotherdale Road Consumer Address line 2:

Consumer Address line 3:

Consumer Address City/Town:Brewer

Consumer Address State:ME

Consumer Address zip code:04412

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Matthew Kelly**

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Friday, November 15, 2024 10:17 AM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan Graves and Longoria LLC Owner of the mortgage:U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-FS1, Asset-Backed Certificates Series 2007-FS1 What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Attn: PAYOFF DEPARTMENT
PO BOX 65450
Salt Lake City, UT 84165
Overnight Address:
3217 S. Decker Lake Dr.
Salt Lake City, UT 84119


-----

Consumer Information

-----

Consumer First name:Emily
Consumer Middle Initial/Middle Name: J.
Consumer Last name:Fisher
Consumer Suffix:
Property Address line 1:25 Rotherdale Road Property Address line 2:
Property Address line 3:
Property Address City/Town:Brewer
Property Address State:
Property Address zip code:04412
Property Address County:Penobscot


-----

Notification Details

-----

Date notice was mailed:11/13/2024
Amount needed to cure default:16,430.29
Consumer Address line 1:25 Rotherdale Road Consumer Address line 2:
Consumer Address line 3:

Consumer Address City/Town:Brewer
Consumer Address State:ME
Consumer Address zip code:04412

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**ALERT: USPS WILL RESUME MAIL SERVICE TO CANADA ON MONDAY, JANUARY 6, 2025.** REA...

**ALERT: MAJOR WINTER STORM FROM CENTRAL PLAINS THROUGH MID-ATLANTIC U.S. MAY...**

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 719690024840089435117

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:23 pm on December 13, 2024 in BREWER, ME 04412.

Feedback

**Get More Out of USPS Tracking:**

   USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

BREWER, ME 04412
December 13, 2024, 12:23 pm

**Unclaimed/Being Returned to Sender**

BREWER, ME 04412
December 4, 2024, 4:56 pm

**Reminder to Schedule Redelivery of your item**

November 24, 2024

**Notice Left (No Authorized Recipient Available)**

BREWER, ME 04412
November 19, 2024, 12:39 pm

**Departed USPS Regional Facility**

EASTERN ME DISTRIBUTION CENTER

November 18, 2024, 8:41 pm

**Arrived at USPS Regional Facility**
EASTERN ME DISTRIBUTION CENTER
November 18, 2024, 11:10 am

**Arrived at USPS Regional Facility**
SAN DIEGO CA DISTRIBUTION CENTER
November 13, 2024, 8:48 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**  ⌄

---

**USPS Tracking Plus®**  ⌄

---

**Product Information**  ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

**ALERT: USPS WILL RESUME MAIL SERVICE TO CANADA ON MONDAY, JANUARY 6, 2025.** <u>REA</u>...

**ALERT: MAJOR WINTER STORM FROM CENTRAL PLAINS THROUGH MID-ATLANTIC U.S. MAY**...

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 71969002484089435131

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:23 pm on December 13, 2024 in BREWER, ME 04412.

Feedback

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
BREWER, ME 04412
December 13, 2024, 12:23 pm

**Unclaimed/Being Returned to Sender**
BREWER, ME 04412
December 4, 2024, 4:56 pm

**Reminder to Schedule Redelivery of your item**
November 24, 2024

**Notice Left (No Authorized Recipient Available)**
BREWER, ME 04412
November 19, 2024, 12:39 pm

**Departed USPS Regional Facility**
EASTERN ME DISTRIBUTION CENTER

November 18, 2024, 8:41 pm

**Arrived at USPS Regional Facility**
EASTERN ME DISTRIBUTION CENTER
November 18, 2024, 11:10 am

**Arrived at USPS Regional Facility**
SAN DIEGO CA DISTRIBUTION CENTER
November 13, 2024, 8:48 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

**See Less** ︿

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**